UNDERWOOD & MICKLIN, LLC

1236J BRACE ROAD

CHERRY HILL, NJ 08034

Tel (856) 616-8401

Fax (856) 616-8405

By: Andrew D. Micklin, Esquire (AM9336)

Attorney for: Debtors



| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br><br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | Chapter 7<br><br>Order Filed on May 26, 2017 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey |
| In Re:<br><br>IBARI ANAELE | Case No: **16-29746 SLM**<br><br>Judge: Stacey L. Meisel |

### ORDER TO BE RELIEVED AS COUNSEL

The relief set forth on the following page is hereby **ORDERED**.

**Case No.: 16-29746**

**DATED: May 26, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter coming before the Court on Motion to Be Relieved as Counsel, by Andrew Micklin, Esquire, Attorney for Debtor, for an Order Granting Motion to Be Relieved as Counsel if hereby:

**ORDERED** as follows:

The firm of Underwood & Micklin, LLC be relieved as counsel as of the date of this Order.

_____

Stacey L. Meisel, U.S.B.J