UNDERWOOD & MICKLIN, LLC

1236J BRACE ROAD

CHERRY HILL, NJ 08034

Tel (856) 616-8401

Fax (856) 616-8405

By: Andrew D. Micklin, Esquire (AM9336)

Attorney for: Debtors



| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | Chapter 7<br><br>Order Filed on May 26, 2017 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey |
|---|---|
| In Re:<br><br>IBARI ANAELE | Case No: **16-29746 SLM**<br><br>Judge: Stacey L. Meisel |

### ORDER TO BE RELIEVED AS COUNSEL

The relief set forth on the following page is hereby **ORDERED**.

**Case No.: 16-29746**

**DATED: May 26, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter coming before the Court on Motion to Be Relieved as Counsel, by Andrew Micklin, Esquire, Attorney for Debtor, for an Order Granting Motion to Be Relieved as Counsel if hereby:

**ORDERED** as follows:

The firm of Underwood & Micklin, LLC be relieved as counsel as of the date of this Order.

---

Stacey L. Meisel, U.S.B.J

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-29746-SLM
Ibari Anaele                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: May 26, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2017.
db           +Ibari Anaele,    34 Columbia St,    West Orange, NJ 07052-5508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2017 at the address(es) listed below:
              Andrew   Micklin    on behalf of Debtor Ibari  Anaele andrewmicklin@comcast.net, ardithreeve@comcast.net
              Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    CALIBER HOME LOANS, INC. james.shay@phelanhallinan.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
                                                                                           TOTAL: 6