UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ibari Anaele
34 Columbia Street
West Orange, NJ 07052

973-286-9841

In Re: Ibari Anaele

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2017 AUG -9 P 3: 24

JEANNE A. NAUGHTON
BY: M Gonzalez
DEPUTY CLERK

Case No.: 16-29746
Chapter: 7
Hearing Date: _____
Judge: Stacey L. Meisel

## APPLICATION FOR ORDER SHORTENING TIME

The applicant __Ibari Anaele__, on behalf of __myself/debtor__ requests that the time period to/for __Motion of dismissal__ as required by _____ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because: I have surgery scheduled and will be flying to AZ several days after, with just enough time to recoop. I would like to settle all of my legal matters prior to my return in September as I am in University full time.

2. State the hearing dates requested: _____

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 8/9/17

_____
Signature

rev.8/1/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Ibari Anaele

Case No.: 16-29746

Chapter: 7

Judge: Stacey L. Meisel

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

After review of the application of _____ for the reduction of time for a hearing on _____
_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ at _____ in the United States Bankruptcy Court, _____ ,
Courtroom No. _____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail
   _____ day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*