Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 16−29746−SLM
                              Chapter: 7
                              Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ibari Anaele
   34 Columbia St
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−6437

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Debtor, Ibari Anaele.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Stacey L. Meisel on,

Date: 8/22/17
Time: 10:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Dated: August 8, 2017
JAN: rah

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ibari Anaele  
    Debtor

Case No. 16-29746-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Aug 08, 2017  
                     Form ID: 170     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2017.

```
db            +Ibari Anaele,    34 Columbia St,    West Orange, NJ 07052-5508
aty           +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
                Livington, NJ 07039-1711
cr            +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
516448722     +Barclays Bank Delaware,    Po Box 13337,    Philadelphia, PA 19101-3337
516448727    ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
              (address filed with court: Citibank,    Attn: Corporate Bankruptcy Department,
                7920 NW 110th St,    Kansas City, MO 64153)
516448723     +Caliber Home Loan,    PO Box 650856,    Dallas, TX 75265-0856
516448724     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516760182      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516448726     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
516448725     +Chase,    Po Box 901037,    Fort Worth, TX 76101-2037
516881676      Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA  98083-0280
516448728     +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
516448729     +Imaging Consultants of Essex,    PO Box 3247,    Indianapolis, IN 46206-3247
516448730      Joel Meer, MD PC,    119-137 Clifford St, Ste 101,    Newark, NJ 07105
516892489     +Ndidiamaka A Ukah,    68 Ridgeway Avenue,    West Orange, NJ 07052-3219
516448731     +Ndidiamaka Ukah,    Attn: Geoffrey T. Mott, Esquire,    546 Valley Rd,    Montclair, NJ 07043-1800
516448732     +PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
516448733     +Saint Barnabas Outpatient Centers,    PO Box 32053,    New York, NY 10087-2053
516448734    #+Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2017 23:09:36     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2017 23:09:32     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516810157     +E-mail/Text: bncmail@w-legal.com Aug 08 2017 23:09:43     Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 3
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr*          +Ndidiamaka A. Ukah,    68 Ridgeway Avenue,    West Orange, NJ 07052-3219  
                                                                                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2017 at the address(es) listed below:  
      Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com  
      Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 08, 2017
                              Form ID: 170             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        James Patrick Shay   on behalf of Creditor   CALIBER HOME LOANS, INC. james.shay@phelanhallinan.com
        Jay L. Lubetkin   jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
        Jay L. Lubetkin   on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com

        TOTAL: 5