UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on August 15, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:
 Kiatri Anaele

Case No.:   16-29746/SLM

Hearing Date:

Judge:   **Stacey L. Meisel**

Chapter:   7

# ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 15, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion or application having been filed on August , 2017 by Ilir Anaele or enry of an order as set forth above, the Court having considered all of the papers submitted, along with any arguments of counsel, and good cause is now its

ORDERED as follows:

1.    The aforesaid motion or application to Shorten Time is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*