UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:
Ibari Anaele

**Order Filed on August 15, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.: **16-29746-SLM**

Hearing Date:

Judge: **Stacey L. Meisel**

Chapter: 7

# ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 15, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion or application having been filed on August 9, 2017 by Ibari Anaele for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED as follows:

1. The aforesaid motion or application to Shorten Time is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-29746-SLM
Ibari Anaele                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1            Date Rcvd: Aug 15, 2017
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2017.
db             +Ibari Anaele,    34 Columbia St,    West Orange, NJ 07052-5508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2017 at the address(es) listed below:
    Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
    Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    James Patrick Shay    on behalf of Creditor    CALIBER HOME LOANS, INC. james.shay@phelanhallinan.com
    Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com, rgaydos@rltlawfirm.com
    Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
                                                                                                         TOTAL: 5