| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>JPMORGAN CHASE BANK, N.A. |
| In Re:<br>    Anaele, Ibari |

Order Filed on August 25, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No:    16-29746 SLM

Hearing Date:

Judge:  Stacey L. Meisel

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 25, 2017**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of <u>JPMORGAN CHASE BANK, N.A.</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

Land and premises commonly known as Lot , Block ,

■ Personal Property More Fully Describes as: **1FMHK8D85CGA18786 2012 Ford Explorer,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*