Ibari Anaele
PO Box 25042
Newark, NJ 07101
973-286-9841

U S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2017 AUG 23 P 2:53
JEANNE A. NAUGHTON
BY: S Gerlitz
DEPUTY CLERK

August 23, 2017

Honorable Stacey L. Meisel
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

VIA: Hand Delivery

Re: Case No. 16-29746 (SLM) | Ibari Anaele
Hearing Date: August 29, 2017 at 10:00 a.m.

Dear Judge Meisel:

In response to the letter sent to you from my Trustee, Barry Roy. I would like to offer you the same corrections as I did him.

There was no additional investigation that provided proof that Kopan Anaele Construction, Inc was dissolved December 2016. In fact, at the meeting of creditors there was a request for when the company was formed and dissolved. I stated at that time that I was not in possession of those documents but can go to Trenton to obtain them. Several weeks post that meeting I called Trenton who advised me of how to obtain it online, which I did and forwarded that information to my then attorney, Andrew Micklin who forwarded it to Mr. Roy (attached).

Additionally, we had a scheduled deposition in February 2017 that I met with Mr. Roy's associate Jay Lubetkin which I provided him the same information.

I can only assume that after I filed the motion and your Clerk, Nelson advised me to speak to Mr. Roy, who stated that he was unfamiliar with the case and would need to review the documents after returning from vacation on the 21st is that he misread the date that I requested the documents for the original file date.

I further state that I was forthcoming and provided his office with these documents as I am attaching my receipt for the documents that Mr. Roy would have on file along with my email from the NJ Portal Support acknowledging my order.

Furthermore, there was no independent investigation to obtain when the purchase of $41,000 was made or the price. I provided those as well to Mr. Lubetkin in addition to fines on the property for $55,000 and back property taxes owed.

Mr. Roy's letter has grossly misstated the facts and painted me in an unfavorable light. I have reached out several times to Mr. Roy to assist him if I can in familiarizing himself with the case since he has only met with me November 2016 and I anxiously await his call or request for a meeting.

Respectfully yours,

Ibari Anaele

Enclosures

cc: Barry Roy, Esq. (Trustee) 293 Eisenhower Parkway, Ste 100, Livingston, NJ 07039 via hand delivery



Ibari Anaele <ibari.anaele@gmail.com>

## Business Records Service Payment Receipt

1 message

**receipt@njportal.com** <receipt@njportal.com> Mon, Dec 5, 2016 at 4:11 PM

### Payment Receipt Confirmation

Your payment was successfully processed.

**Transaction Summary**

| Description | | Amount |
|---|---|---|
| Business Records Service | Pay now with New Jersey Business Services | $60.50 |

This is an automated response. Please do not reply to this email.

Customer Information

| | |
|---|---|
| Customer Name | Ibari Anaele |
| Company Name | |
| Local Reference ID | 63401020042 |
| Receipt Date | 12/5/2016 |
| Receipt Time | 04:11:44 PM EST |

Payment Information

| | |
|---|---|
| Payment Type | Credit Card |
| Credit Card Type | MAST |
| Credit Card Number | ******3052 |
| Order ID | 49893702 |
| Billing Name | Ibari Anaele |

Billing Information

| | |
|---|---|
| Billing Address | 34 Columbia Street |
| Billing City, State | West Orange, NJ |
| ZIP/Postal Code | 07052 |
| Country | US |

| | |
|---|---|
| Phone Number | 973-286-9841 |
| Fax Number | |

This receipt has been emailed to the address below.

| | |
|---|---|
| Email Address | ibari.anaele@gmail.com |



Ibari Anaele <ibari.anaele@gmail.com>

---

**Business Record Service Download Completed!**
1 message

---

**support@njportal.com** <support@njportal.com>
To: ibari.anaele@gmail.com

Mon, Dec 5, 2016 at 4:17 PM

Thank you for using the Business Records Service at NJ.gov. Your credit card or bank statement will show a charge from New Jersey Business Services. Please save or print this e-mail for your records.

Confirmation Number: 63401020042
Transaction Date: 12/5/2016
Amount: $60.50
Access Key: 4daf5057-930a-406a-a70d-ea91afccf5f3
Document Download: https://www.njportal.com/DOR/businessrecords/GetDocuments.aspx?sid=4daf5057-930a-406a-a70d-ea91afccf5f3
Documents Available Until: 12/19/2016

You may access the documents you requested by using the Document Download link or by entering the Access Key above in the Document Retrieval Center. If the documents you requested are still processing you will receive an email notifying you when they are available.

Requested documents are only available to download for 14 days from the transaction date.

If you have questions about accessing the documents send an email to support@njportal.com or call 609-586-2600.

See what else you can do online at www.NJ.gov.
This electronic government service includes a portal administration fee that allows the State of New Jersey to deliver this and other important services without tax funding. This fee is paid to a third party that provides these services for the State and thus is not considered revenue for the State of New Jersey.
NJ.gov - The official web site for the State of New Jersey

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
FILING CERTIFICATE (CERTIFIED COPY)

| | |
|---|---|
| Corporation Name: | KOPAN-ANAELE CONSTRUCTION, INC. |
| Business Id: | 0100915568 |
| Certificate Number: | 6000062872 |

I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY, THAT THE ABOVE NAMED BUSINESS DID FILE AND RECORD IN THIS DEPARTMENT A Dissolved Before Commencing Business ON **May 25, 2010** AND THAT THE ATTACHED IS A TRUE COPY OF THIS DOCUMENT AS THE SAME IS TAKEN FROM AND COMPARED WITH THE ORIGINAL(S) FILED IN THIS OFFICE AND NOW REMAINING ON FILE AND OF RECORD.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL AT TRENTON, THIS December 05, 2016 A.D.




Ford M. Scudder
State Treasurer

VERIFY THIS CERTIFICATE ONLINE AT

https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp



Ibari Anaele <ibari.anaele@gmail.com>

## Confirmation of Business Record Service

1 message

**support@njportal.com** <support@njportal.com>
To: ibari.anaele@gmail.com

Mon, Dec 5, 2016 at 4:11 PM

Thank you for using the Business Records Service at NJ.gov. Your credit card or bank statement will show a charge from New Jersey Business Services. Please save or print this e-mail for your records.

Confirmation Number: 63401020042
Transaction Date: 12/5/2016
Amount: $60.50
Access Key: 4daf5057-930a-406a-a70d-ea91afccf5f3
Document Download: https://www.njportal.com/DOR/BusinessRecords/GetDocuments.aspx?sid=4daf5057-930a-406a-a70d-ea91afccf5f3
Documents Available Until: 1/4/2017

You may access the documents you requested by using the Document Download link or by entering the Access Key above in the Document Retrieval Center. If the documents you requested are still processing you will receive an email notifying you when they are available.

Requested documents are only available to download for 30 days from the transaction date.

If you have questions about accessing the documents send an email to support@njportal.com or call 609-586-2600.

Take our quick 1-2 minute survey to tell us what you think.

See what else you can do online at www.NJ.gov.
This electronic government service includes a portal administration fee that allows the State of New Jersey to deliver this and other important services without tax funding. This fee is paid to a third party that provides these services for the State and thus is not considered revenue for the State of New Jersey.
NJ.gov - The official web site for the State of New Jersey

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
FILING CERTIFICATE (CERTIFIED COPY)

Corporation Name: KOPAN-ANAELE CONSTRUCTION, INC.
Business Id: 0100915568
Certificate Number: 6000062873

I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY, THAT THE ABOVE NAMED BUSINESS DID FILE AND RECORD IN THIS DEPARTMENT AN ORIGINAL CERTIFICATE ON November 19, 2003 AND THAT THE ATTACHED IS A TRUE COPY OF THIS DOCUMENT AS THE SAME IS TAKEN FROM AND COMPARED WITH THE ORIGINAL(S) FILED IN THIS OFFICE AND NOW REMAINING ON FILE AND OF RECORD.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL AT TRENTON, THIS December 05, 2016 A.D.




Ford M. Scudder
State Treasurer

VERIFY THIS CERTIFICATE ONLINE AT

https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

## Public Records Filing for New Business Entity (continued)

**11. Additional Entity - Specific Information**

**A. Domestic Non-Profit Corporations (Title 15A) - For IRS exemption considerations, see instructions.**

1a. The corporation shall have members: .................................................. ☒ Yes ☐ No
If yes, qualification shall be:
☐ As set forth in the by-laws or, ☒ As set forth herein:
members shall work at least 40 hrs per six months and must be at the consent of the President and Vice-President

1b. The rights and limitations of the different classes of members shall be:
☐ As set forth in the by-laws or, ☒ As set forth herein:
Mutual Consent of powers of members shall be done by President and Vice President

2. The method of electing the trustees shall be:
☐ As set forth in the by-laws or, ☒ As set forth herein:
Mutual Consent by President and Vice President

3. The method of distribution of assets shall be:
☐ As set forth in the by-laws or, ☒ As set forth herein:
remainder of Profit shall be used to

**B. Foreign Corporations - Profit, Non-Profit and Foreign Legal Professional (Titles 14A and 15A)**
Attach a certificate of good standing/existence from the state of incorporation not greater than 30 days old to this form.

**C. Limited Partnerships (Title 42:2A)**

1. Set forth the aggregate amount of cash and a description and statement of the agreed value of other property or services contributed (or to be contributed in the future) by all partners:

2. Do the limited partners have the power to grant the right to become a limited partner to an asignee of any part of their partnership .................................................. ☐ Yes ☐ No
If yes, list the terms/conditions of that power:

3. Do the limited partners have the right to receive distributions from a partner which includes a return of all or any part of the partner's contributions? .................................................. ☐ Yes ☐ No
If yes, list the applicable terms:

4. Do the general partners have the right to make distributions to a partner which includes a return of all or any part of the partner's contributions? .................................................. ☐ Yes ☐ No
If yes, list the applicable terms:

5. What are the rights of the remaining general partners to continue the business in the event that a general partner withdraws? List below:

**D. Foreign Limited Partnerships (Title 42:2A)**

- Set forth the aggregate amount of cash and a description and statement of the agreed value of other property or services contributed (or to be contributed in the future) by all partners:

# Kopan-Anaele Construction Inc.

Purpose of Business is General Contractor, Sub-Contractor including but not limited to new construction, home remodeling, primer masonry construction, brick, fireplaces, flooring, repairs, carpentry, foundations, chimneys, steps, patios, concrete floors, driveways, roofing, and landscaping.

The income generated from the construction phase will be used to purchase homes and supply housing to low-income families. And to assist in the purchase of homes and finance the repair of their homes.

President functions are to hire adequate staff to allow all functions of business and oversee the housing phase.

Vice-President is to oversee all functions of the contractor phase.

By-Laws rules are to stay within the NJ State and Federal Law, whichever, imposes a stricter guideline.

Any additional rules that may be imposed must have the consent of both the President and Vice-President and posted in the General Office for 30 days.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

Ibari Anaele
34 Colombia Street
West Orange, NJ 07052
973-286-9841

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2017 AUG 23 P 2:58
JEANNE A. NAUGHTON
BY: S Serlit
DEPUTY CLERK

In Re:
*[Enter the debtor's name(s)]*
Ibari Anaele

Case No.: 16-29746 (SLM)
*[Enter the case number]*

Chapter: 7
*[Enter the chapter of the case]*

Hearing Date: August 29, 2017
*[Enter the hearing date]*

Judge: Stacey L. Meisel
*[Enter the Judge's last name]*

**CERTIFICATION OF SERVICE**

1. I, Ibari Anaele:

☐ represent ______________ in this matter.

☐ am the secretary/paralegal for ______________, who represents ______________ in this matter.

☑ am the debtor in this case and am representing myself.

2. On *[Enter the date you served the documents]* 8/23/2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below. *[Place a check next to each document you served]*

☐ Notice of Motion *[Enter title of motion]* ______________

☑ Certification in Support of Motion *[Enter title of motion]* Response to Trustee letter with supporting documentation

☐ Statement as to Why No Brief is Necessary

☐ Proposed Order Granting Motion *[Enter title of motion]* ______________________

______________________________________________

☐ Other *[Enter title of document]* ______________________

______________________________________________

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/23/17
*[Enter the date you signed this document]*

Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br>Receptionist<br>293 Eisenhower Pkwy<br>Suite 100<br>Livingston, NJ 07039 | *[Enter the party's relationship to the case]*<br>Employee of Trustee's office | ☑ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other ____________________<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other ____________________<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other ____________________<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other ____________________<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other ____________________<br>(As authorized by the court or rule. Cite the rule if applicable.) |