**FILED**

JEANNE A. NAUGHTON, CLERK

OCT 1 1 2017

U.S. BANKRUPTCY COURT
NEWARK, N.J.

BY _____ DEPUTY

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey NJ 07039
(973) 597-9100
Barry J. Roy
*Counsel to Jay L. Lubetkin,*
*Chapter 7 Trustee*

| | |
|---|---|
| In re: | Case No. 16-29746 (SLM) |
| IBARI ANAELE, | Honorable Stacey L. Meisel |
| Debtor. | Chapter 7 |

---

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER AUTHORIZING**
**RETENTION OF JORDAN BARIS, INC.**

The relief set forth on the following pages, numbered two (2) and three (3) is

hereby **ORDERED**.

10/11/17

Stacey L. Meisel

In re:          Ibari Anaele

Case No.:       16-29746 (SLM)

Applicant:      Jay L. Lubetkin

    ☒ Trustee: ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

    ☐ Debtor: ☐ Chap. 11    ☐ Chap. 13

    ☐ Official Committee of _____

Name of Professional:       Jordan Baris, Inc.

Address of Professional:     50 Mount Pleasant Avenue West Orange, New Jersey

    ☐ Attorney for:

        ☐ Trustee   ☐ Debtor-in-Possession

        ☐ Official Committee of _____

    ☐ Accountant for:

        ☐ Trustee   ☐ Debtor-in-Possession

        ☐ Official Committee of _____

    ☒ Other Professional:

        ☒ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auction

        ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant, Jay L. Lubetkin, Chapter 7 Trustee, is authorized to retain the professional, Jordan Baris, Inc. to act as his real estate broker.

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3.    ~~The Debtor and all other persons be, and hereby are, directed to fully cooperate~~

~~with the Trustee and his professionals and/or agents, including but not limited to~~
~~Jordan Baris, Inc.~~ *

4.     The effective date of the retention is the date the application was filed with the
Court.

F:\Client_Files\A-M\Anaele\BrokerRetOrder.docx

\* Debtor's cooperation is already required
under 11 U.S.C. §521. To the extent
an Order compelling cooperation is needed,
it must be sought by proper motion