FILED
JEANNE A. NAUGHTON, CLERK
OCT 1 1 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> **RABINOWITZ, LUBETKIN & TULLY, LLC** <br> 293 Eisenhower Parkway, Suite 100 <br> Livingston, New Jersey NJ 07039 <br> (973) 597-9100 <br> Barry J. Roy <br> *Counsel to Jay L. Lubetkin,* <br> *Chapter 7 Trustee* |
| In re: <br><br> IBARI ANAELE, <br><br> Debtor. |

Case No. 16-29746 (SLM)

Honorable Stacey L. Meisel

Chapter 7

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER AUTHORIZING
## RETENTION OF JORDAN BARIS, INC.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

10/11/17                                                    /s/ Stacey L. Meisel

In re: Ibari Anaele
Case No.: 16-29746 (SLM)
Applicant: Jay L. Lubetkin

☒ Trustee: ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.
☐ Debtor: ☐ Chap. 11 ☐ Chap. 13
☐ Official Committee of _____

Name of Professional: Jordan Baris, Inc.

Address of Professional: 50 Mount Pleasant Avenue West Orange, New Jersey

☐ Attorney for:
  ☐ Trustee  ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee  ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☒ Other Professional:
  ☒ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auction
  ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, Jay L. Lubetkin, Chapter 7 Trustee, is authorized to retain the professional, Jordan Baris, Inc. to act as his real estate broker.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3. ~~The Debtor and all other persons be, and hereby are, directed to fully cooperate~~

2

~~with the Trustee and his professionals and/or agents, including but not limited to Jordan Baris, Inc.~~ *

4. The effective date of the retention is the date the application was filed with the Court.

F:\Client_Files\A-M\Anaele\BrokerRetOrder.docx

\* Debtor's cooperation is already required under 11 U.S.C. §521. To the extent an Order compelling cooperation is needed, it must be sought by proper motion

3

United States Bankruptcy Court
District of New Jersey

In re:  
Ibari Anaele  
    Debtor

Case No. 16-29746-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 11, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2017.  
db          +Ibari Anaele,   PO Box 25042,   Newark, NJ 07101-7042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:  
        Barry J. Roy   on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com  
        Denise E. Carlon   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Elizabeth K. Holdren   on behalf of Creditor   Goshen Mortgage LLC as Separate Trustee for GDBT I Trust 2011-1, through Planet Home Lending, LLC as Attorney in Fact eak@hillwallack.com,  
         fkm@hillwallack.com;jhanley@hillwallack.com  
        James Patrick Shay   on behalf of Creditor   CALIBER HOME LOANS, INC. james.shay@phelanhallinan.com  
        Jay L. Lubetkin   jlubetkin@rltlawfirm.com,   NJ57@ecfcbis.com,lvala@rltlawfirm.com,  
         rgaydos@rltlawfirm.com  
        Jay L. Lubetkin   on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,  
         NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com  
        Stuart D. Gavzy   on behalf of Debtor Ibari  Anaele stuart@gavzylaw.com,  
         lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com  
                                                                                                                                        TOTAL: 7