UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Barry J. Roy
Counsel to Jay L. Lubetkin, Chapter 7 Trustee

Order Filed on October 20,
2017 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

IBARI ANAELE,

          Debtor.

Case No.:  16-29746

Chapter:  7

Judge:  Meisel

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 20, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge


After review of the application of __Jay L. Lubetkin, Chapter 7 Trustee for Ibari Anaele__ for a reduction of time for a hearing on __Motion for Order Approving the Trustee's Sale of the Bankruptcy Estate's Interest in Real Property Located at 336 Elizabeth Street, Orange, New Jersey, Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. § 363(b), (f) and (m) to Leshia Johnson for the Sum of $180,000.00__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __October 27, 2017__ at __10:00 AM__ in the United States Bankruptcy Court, __for the District of New Jersey__, Courtroom No. __3A__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Debtor, Debtor's attorney, Buyer, Buyer's attorney, co-owner, Clerk of Essex County, Essex County Register of Deeds and Mortgages, Office of the Public Defender, Tax Sale Certificate Holder, United States Trustee, Essex County Child Support, State of New Jersey, Internal Revenue Service, Borough of Orange, and all parties filing a Notice of Appearance.__ Secured creditors and their counsel if known, and all judgment creditors and their counsel, if known. _by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____
by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

~~☒ within __1__ day(s) of the date of this Order.~~

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

2

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.