UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Barry J. Roy
Counsel to Jay L. Lubetkin, Chapter 7 Trustee

**Order Filed on October 20, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

IBARI ANAELE,

        Debtor.

Case No.:    16-29746

Chapter:    7

Judge:    Meisel

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 20, 2017**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of __Jay L. Lubetkin, Chapter 7 Trustee for Ibari Anaele__ for a reduction of time for a hearing on __Motion for Order Approving the Trustee's Sale of the Bankruptcy Estate's Interest in Real Property Located at 336 Elizabeth Street, Orange, New Jersey, Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. § 363(b), (f) and (m) to Leshia Johnson for the Sum of $180,000.00__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __October 27, 2017__ at __10:00 AM__ in the United States Bankruptcy Court, __for the District of New Jersey__, Courtroom No. __3A__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Debtor, Debtor's attorney, Buyer, Buyer's attorney, co-owner, Clerk of Essex County, Essex County Register of Deeds and Mortgages, Office of the Public Defender, Tax Sale Certificate Holder, United States Trustee, Essex County Child Support, State of New Jersey, Internal Revenue Service, Borough of Orange, and all parties filing a Notice of Appearance.__ Secured creditors and their counsel if known, and all judgment creditors and their counsel, if known.
_by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____
by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

~~☒ within  1  day(s) of the date of this Order.~~

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

2

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

United States Bankruptcy Court
District of New Jersey

In re:  
Ibari Anaele  
    Debtor

Case No. 16-29746-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 20, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.  
db            +Ibari Anaele,    PO Box 25042,    Newark, NJ 07101-7042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:
           Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
           Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Elizabeth K. Holdren    on behalf of Creditor    Goshen Mortgage LLC as Separate Trustee for GDBT I
            Trust 2011-1, through Planet Home Lending, LLC as Attorney in Fact eak@hillwallack.com,
            fkm@hillwallack.com;jhanley@hillwallack.com
           James Patrick Shay    on behalf of Creditor    CALIBER HOME LOANS, INC.
            james.shay@phelanhallinan.com
           Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
            rgaydos@rltlawfirm.com
           Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
            NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
           Stuart D. Gavzy    on behalf of Debtor Ibari   Anaele stuart@gavzylaw.com,
            lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
                                                                                                                                                TOTAL: 7