| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>(973) 597-9100<br>Barry J. Roy<br>*Counsel to Jay L. Lubetkin,*<br>*Chapter 7 Trustee* | **Order Filed on October 27,<br>2017 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In re:<br><br>IBARI ANAELE,<br><br>              Debtor. | Case No. 16-29746 (SLM)<br><br>Chapter 7<br><br>Honorable Stacey L. Meisel |

**ORDER APPROVING THE TRUSTEE'S SALE
OF THE BANKRUPTCY ESTATE'S INTEREST IN REAL PROPERTY
LOCATED AT 336 ELIZABETH STREET, ORANGE, NEW JERSEY, FREE
AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §
363(b), (f) AND (m) TO LESHIA JOHNSON FOR THE SUM OF $180,000.00**

The relief set forth on the following pages, numbered two (2) through five (5), is hereby

**ORDERED**

**DATED: October 27, 2017**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:         Ibari Anaele

Case No.:       16- 29746 (SLM)

Caption of Order: ORDER APPROVING SALE OF BANKRUTPCY ESTATE'S INTEREST IN REAL PROPERTY LOCATED AT 336 ELIZABETH STREET, ORANGE, NEW JERSEY TO LESHIA JOHNSON FOR THE SUM OF $180,000

**THIS MATTER** having been opened to the Court by Rabinowitz, Lubetkin & Tully, LLC, counsel for Jay L. Lubetkin, Chapter 7 Trustee (the "Trustee") for Ibari Anaele (the "Debtor"), upon motion for entry of an Order approving the Trustee's sale of the bankruptcy estate's interest in real property located at 336 Elizabeth Street, Orange, New Jersey (the "Property") to Leshia Johnson (the "Buyer"), or her assignee, free and clear of liens, claims and interests, if any, pursuant to 11 U.S.C. § 363(b), (f), and (m) for the sum of $180,000.00 (the "Motion"); and notice having been provided to, among others, the Buyer, the Buyer's counsel, Bajurto, Bajurto's counsel, if any, Clerk of Essex County, Essex County Register of Deeds and Mortgages, Office of the Public Defender, Lillian Zhang, the Office of the United States Trustee, Essex County Child Support, the State of New Jersey, the Internal Revenue Service, Clerk of the Borough of Orange, Tax Assessor of the Borough of Orange, Tax Collector of the Borough of Orange, creditors and other parties-in-interest; and the Court having considered the pleadings filed by the Trustee in support of the Motion, and opposition thereto, if any; and the Court having heard oral argument of the Trustee's counsel in support of the Motion, and opposition thereto, if any; and for other good cause having been shown,

**IT IS ORDERED** that the Motion is granted ~~in all respects~~ as set forth herein; and it is further

**ORDERED** that Trustee is authorized and directed to sell the bankruptcy estate's rights, title and interest in the Property to the Buyer for the sum of $180,000.00 (the "Sale Price") free

Debtor:   Ibari Anaele

Case No.:   16- 29746 (SLM)

Caption of Order: ORDER APPROVING SALE OF BANKRUTPCY ESTATE'S INTEREST IN REAL PROPERTY LOCATED AT 336 ELIZABETH STREET, ORANGE, NEW JERSEY TO LESHIA JOHNSON FOR THE SUM OF $180,000

and clear of liens, claims and interests, if any, pursuant to 11 U.S.C. § 363(b), (f), and (m); and it is further

**ORDERED** that at the closing of the sale of the Property, the Trustee will receive all of the sale proceeds and deposit them into his Trustee's account; and

**ORDERED** that the Trustee be and hereby is authorized to satisfy any and all closing costs, tax sale certificates, outstanding real estate taxes, judgment liens, brokers' fees and municipal liens, if any, from the proceeds of the sale being held in his Trustee's account without further Order of the Court; and it is further

**ORDERED** that the Trustee is authorized to execute any and all documents necessary to effectuate the sale to the Buyer; and it is further

**ORDERED** that the Trustee is selling the bankruptcy estate's interest in the Property **"AS IS"** and **"WHERE IS"** without any representations of any kind as to the condition of title or tenancies, except that the Trustee shall convey a Trustee's deed to the Buyer; and it is further

**ORDERED** that the Trustee is exempt from all real estate transfer taxes customarily paid by the seller of real estate imposed by the State of New Jersey in connection with the recording of the deed; and it is further

**ORDERED** that the Clerk of Essex County shall record the Trustee's Deeds executed in connection with the sale of the Property without the necessity of collecting any real estate transfer taxes or other fees; and it is further

Debtor:        Ibari Anaele

Case No.:      16- 29746 (SLM)

Caption of Order: ORDER APPROVING SALE OF BANKRUTPCY ESTATE'S INTEREST IN REAL PROPERTY LOCATED AT 336 ELIZABETH STREET, ORANGE, NEW JERSEY TO LESHIA JOHNSON FOR THE SUM OF $180,000

**ORDERED** that the Buyer is deemed to be good faith purchasers pursuant to 11 U.S.C. § 363(m); and it is further

**ORDERED** that the stay provision under Fed. R. Bankr. P. 6004(g) be and hereby is waived and therefore inapplicable to this sale; and it is further

**ORDERED** that the Agreement of Sale, and any amendments thereto, be and hereby are approved in their entirety; and it is further

**ORDERED** that the Debtor and Denis Bajurto are directed to cooperate with the Trustee, to execute any and all documents necessary to effectuate the sale to the Buyer; and it is further

**ORDERED** that the total amount to be deducted from Bajurto's share of the sale proceeds and correspondingly added to the Trustee's share of the sale proceeds is $23,545.29, which comprises the following: (1) $5,400 to repay loan; (2) $12,743.29 in unpaid child support; (3) $3,750 in equitable distribution; and (4) $1,652 on account of unspecified child support payments for their children; and it is further

**ORDERED** that the Trustee and Bajurto shall be responsible for payment of any broker's commission due and owing to Jordan Baris, Inc., which shall deducted from the gross sale proceeds, and paid to Jordan Baris, Inc. from the Trustee's account subsequent to closing; and it is further

**ORDERED** that the Bankruptcy Court shall retain jurisdiction over any and all claims

Debtor: Ibari Anaele

Case No.: 16- 29746 (SLM)

Caption of Order: ORDER APPROVING SALE OF BANKRUTPCY ESTATE'S INTEREST IN REAL PROPERTY LOCATED AT 336 ELIZABETH STREET, ORANGE, NEW JERSEY TO LESHIA JOHNSON FOR THE SUM OF $180,000

and disputes herein.