Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  16−29746−SLM
                Chapter:  7
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ibari Anaele
   PO Box 25042
   Newark, NJ 07101

Social Security No.:
   xxx−xx−6437

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       2/20/18
Time:      02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Rabinowitz,Lubetkin & Tully, LLC, Trustee's Attorney

COMMISSION OR FEES
Fee: $24,716.50

EXPENSES
$1,497.63

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 12, 2018
JAN:

                                                                      Jeanne Naughton
                                                                      Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 16-29746-SLM
Ibari Anaele                                                    Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                Page 1 of 2      Date Rcvd: Jan 12, 2018
                             Form ID: 137               Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
db             +Ibari Anaele,    PO Box 25042,    Newark, NJ 07101-7042
aty            +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
                 Livington, NJ 07039-1711
cr             +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
r              +Jordan Baris, Inc.,   50 Mount Pleasant Ave.,    West Orange, NJ 07052-4994
516448722      +Barclays Bank Delaware,   Po Box 13337,    Philadelphia, PA 19101-3337
516448727     ++CITIBANK,    PO BOX 6043,   SIOUX FALLS SD 57117-6043
                 (address filed with court: Citibank,    Attn: Corporate Bankruptcy Department,
                 7920 NW 110th St,   Kansas City, MO 64153)
516448723      +Caliber Home Loan,   PO Box 650856,   Dallas, TX 75265-0856
517105590      +Caliber Home Loans,    PO Bo 270415,   Oklahoma, OK 73137-0415
516448724      +Capital One,    Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
516760182       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
516448726      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
516448725      +Chase,   Po Box 901037,    Fort Worth, TX 76101-2037
516881676       Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,   Kirkland, WA 98083-0280
516448728      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517181990      +GRAYSON AND ASSOCIATES, LLC,    33 BLEEKER STREET, SUITE 202,    MILLBURN, NEW JERSEY 07041-1460
516448729      +Imaging Consultants of Essex,    PO Box 3247,   Indianapolis, IN 46206-3247
516448730       Joel Meer, MD PC,   119-137 Clifford St, Ste 101,    Newark, NJ 07105
516892489      +Ndidiamaka A Ukah,   68 Ridgeway Avenue,    West Orange, NJ 07052-3219
516448731      +Ndidiamaka Ukah,   Attn: Geoffrey T. Mott, Esquire,    546 Valley Rd,   Montclair, NJ 07043-1800
516448732      +PayPal Credit,   PO Box 105658,    Atlanta, GA 30348-5658
516448733      +Saint Barnabas Outpatient Centers,    PO Box 32053,   New York, NY 10087-2053
516448734     #+Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2018 23:40:53     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2018 23:40:49     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516810157      +E-mail/Text: bncmail@w-legal.com Jan 12 2018 23:41:02     Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517105591       City of West Orange
cr*            +Ndidiamaka A. Ukah,    68 Ridgeway Avenue,   West Orange, NJ 07052-3219
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2               User: admin               Page 2 of 2               Date Rcvd: Jan 12, 2018
                                   Form ID: 137              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
              Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
              Denise E. Carlon    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor   Goshen Mortgage LLC as Separate Trustee for GDBT I
               Trust 2011-1, through Planet Home Lending, LLC as Attorney in Fact eak@hillwallack.com,
               fkm@hillwallack.com;jhanley@hillwallack.com
              James Patrick Shay    on behalf of Creditor    CALIBER HOME LOANS, INC.
               james.shay@phelanhallinan.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com,   NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Stuart D. Gavzy    on behalf of Debtor Ibari  Anaele stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
                                                                                            TOTAL: 7
```