| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>RABINOWITZ, LUBETKIN & TULLY, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey  07039<br>(973) 597-9100<br>Jay L. Lubetkin<br>Counsel to Chapter 7 Trustee | Order Filed on February 23, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| In Re:<br><br>IBARI ANAELE,<br><br>                    Debtor. | Case No.:        16-29746<br><br>Hearing Date:  2/20/2018 at 2:30 p.m.<br><br>Judge:              Meisel<br><br>Chapter:                7 |

### ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 23, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Rabinowitz, Lubetkin & Tully, LLC<br>Counsel to Chapter 7 Trustee | $24,716.50 | $1,497.63 |

*rev.8/1/15*