UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on July 11, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

Ibari Anaele

Case No.: 16-29746 (SLM)

Hearing Date:

Judge: Stacey L. Meisel

Chapter: 7

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 11, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having determined that the final decree was entered prematurely in this case on _____July 10, 2018_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ☒ Adversary Proceeding number ___17-01198___ is pending
- ❏ Other: _____
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*