UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on July 11, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

Ibari Anaele

Case No.:    16-29746 (SLM)

Hearing Date: 

Judge:    Stacey L. Meisel

Chapter:    7

## ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 11, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

   The Court having determined that the final decree was entered prematurely in this case on _____July 10, 2018_____ and should be vacated for the reason stated below:

- ☐  Debtor has not yet been discharged
- ☒  Adversary Proceeding number ____17-01198____ is pending
- ☐  Other: _____
    _____
    _____

   IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 16-29746-SLM
Ibari Anaele                                                        Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2            User: admin                 Page 1 of 1           Date Rcvd: Jul 12, 2018
                                Form ID: pdf903             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2018.
db             +Ibari Anaele,    PO Box 25042,    Newark, NJ 07101-7042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2018 at the address(es) listed below:
              Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
              Denise E. Carlon    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor   Goshen Mortgage LLC as Separate Trustee for GDBT I
               Trust 2011-1, through Planet Home Lending, LLC as Attorney in Fact eak@hillwallack.com,
               jhanley@hillwallack.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com,   NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Stuart D. Gavzy    on behalf of Debtor Ibari  Anaele stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com
                                                                                             TOTAL: 6